IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MITCH ABEITA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 3:19-CV-0921-K |
| | § | |
| UNITED SERVICES AUTOMOBILE ASSOCIATES DBA USAA, | § § | |
| | § | |
| Defendant. | § | |

## ORDER

Plaintiff filed this Complaint against Defendant for allegedly violating the Telephone Consumer Protection Act ("TCPA"). It appears from the face of Plaintiff's complaint that there is no connection between this case and the Dallas Division of the Northern District of Texas. Plaintiff resides in Grand Prairie, Texas. Inquiry of Plaintiff's counsel confirmed that Plaintiff's residence is located in the Tarrant County portion of Grand Prairie. Tarrant County is located in the Fort Worth Division of the Northern District of Texas. Accordingly, on the Court's own motion, this case is transferred to the United States District Court for the Northern District of Texas, Fort Worth Division. 28 U.S.C. § 1404(a), 1404(b).

**SO ORDERED.**

Signed April 23rd, 2019.

*Ed Kinkeade*
ED KINKEADE
UNITED STATES DISTRICT JUDGE

ORDER – PAGE 1